**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TAHER BASMA, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, AND KEVIN FEELEY,<br><br>Defendants. | **Case No. 3:26-cv-00880-KAD**<br><br>CLASS ACTION<br><br>August 3, 2026 |
| MANAS KANUNGO, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, AND KEVIN FEELEY,<br><br>Defendants. | **Case No. 3:26-cv-01203-VAB**<br><br>CLASS ACTION<br><br>August 3, 2026 |

**NOTICE OF MOTION OF ANTHONY PELLEGRINO**
**FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Anthony Pellegrino ("Pellegrino" or "Movant"), by and through his undersigned counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Movant as Lead Plaintiff in this Consolidated Action; and (2) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel.

In support of this Motion, Movant submits a Memorandum of Law, the Declaration of Samuel M. Gagnon, and a [Proposed] Order granting Movant's Motion. As set forth in the Memorandum in Support filed concurrently herewith, Movant believes he is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes he has the "largest financial interest" in the relief sought by the Class as a result of the substantial loss he suffered on purchases of GeneDx Holdings Corp. common stock during the Class Period. Additionally, Movant also believes he "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because his claims are typical of those of other Class members and because he will fairly and adequately represent the interests of the Class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc).

DATED: August 3, 2026

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Samuel M. Gagnon*
Samuel M. Gagnon (Fed. Bar No. 31724)
Kim E. Miller (*PHV to be submitted*)
230 Park Avenue, 3rd Floor West
New York, NY 10169
Telephone: (504) 648-1852
Facsimile: (504) 455-1498
Email: sam.gagnon@ksfcounsel.com
Email: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Anthony Pellegrino and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

On August 3, 2026, the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Samuel M. Gagnon*
Samuel M. Gagnon