**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TAHER BASMA, Individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, AND KEVIN FEELEY,<br><br>    Defendants. | **Case No. 3:26-cv-00880-VAB**<br><br>CLASS ACTION<br><br>August 10, 2026 |
| MANAS KANUNGO, Individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GENEDX HOLDINGS CORP., KATHERINE STUELAND, AND KEVIN FEELEY,<br><br>    Defendants. | **Case No. 3:26-cv-01203-VAB**<br><br>CLASS ACTION<br><br>August 10, 2026 |

**NOTICE OF WITHDRAW OF MOTION**
**FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Anthony Pellegrino ("Movant"), by and through his undersigned counsel, hereby withdraws his Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. *See Basma v. GeneDx Holdings Corp. et al*, No. 3:26-cv-00880-VAB, ECF No. 28 (D. Conn.); *Kanungo v. GeneDx Holdings Corp. et al*, No. 3:26-cv-01203-VAB, ECF No. 10 (D. Conn.). This withdrawal is without prejudice to Movant's ability to participate in any future settlement as a putative class member.

DATED: August 10, 2026

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Samuel M. Gagnon*
Samuel M. Gagnon (Fed. Bar No. 31724)
Kim E. Miller (*PHV to be submitted*)
230 Park Avenue, 3rd Floor West
New York, NY 10169
Telephone: (504) 648-1852
Facsimile: (504) 455-1498
Email: sam.gagnon@ksfcounsel.com
Email: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
*Anthony Pellegrino and Proposed*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

On August 10, 2026, the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Samuel M. Gagnon*
Samuel M. Gagnon

1